UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBATES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-211,<br><br>        Defendant. | Case No. 16-cv-01925-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On April 13, 2016, the Court issued an order setting a case management conference for July 13, 2016 at 2:00 p.m. and requiring the filing of a joint case management statement by July 6, 2016. ECF No. 3. The plaintiff has not filed such a statement.[1]

The Court now continues the case management conference to October 26, 2016 at 2:00 p.m. A joint case management statement is due by October 12, 2016. The plaintiff is advised that future failures to comply with the Court's orders may result in the imposition of monetary sanctions.

IT IS SO ORDERED.

Dated: July 7, 2016

                                        JON S. TIGAR
                                        United States District Judge

---

[1] No defendant has yet appeared.